**Electronically Filed
Supreme Court
SCWC-22-0000516
11-JUL-2024
10:26 AM
Dkt. 36 OGAC**

SCWC-22-0000516

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SIERRA CLUB,
Petitioner/Appellant-Appellee/Cross-Appellee,

vs.

BOARD OF LAND AND NATURAL RESOURCES,
Respondent/Appellee-Appellee/Cross-Appellee,

and

COUNTY OF MAUI,
Respondent/Appellee-Appellee/Cross-Appellant,

and

ALEXANDER AND BALDWIN, INC.;
and EAST MAUI IRRIGATION COMPANY, LLC,
Respondents/Appellees-Appellants/Cross-Appellees.
(CAAP-22-0000516; CASE NO. 1CCV-20-0001541)

----------------------------------------------------------------

SIERRA CLUB,
Petitioner/Appellant-Appellee,

vs.

BOARD OF LAND AND NATURAL RESOURCES,
Respondent/Appellee-Appellant,

and

ALEXANDER AND BALDWIN, INC.; EAST MAUI
IRRIGATION COMPANY, LLC; and COUNTY OF MAUI,
Respondents/Appellees-Appellees.
(CAAP-22-0000519; CASE NO. 1CCV-20-0001541)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., McKenna, Eddins and Devens, JJ.,
and Circuit Judge Malinao, in place of Ginoza, J., recused)

Petitioner's Application for Writ of Certiorari, filed on May 15, 2024, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, July 11, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. Mckenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Clarissa Y. Malinao



2